# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**

V.                                    NO. 4:19-CR-00034-2-JM

**ANTHONY LOGAN**

## ORDER

    Pending is the Defendant's request for termination of supervised release (Docket # 761). After consideration of the factors set forth in 18 U.S.C. § 3553, the term of supervised release previously imposed upon the Defendant is hereby terminated. The Clerk is directed to provide a copy of this Order to the United States Probation Office.

    IT IS SO ORDERED this 16th day of October, 2025.

                                                                                                    James M. Moody Jr.
United States District Judge